UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTOINE TOLBERT, | ) | CASE NO. 1:22 CV 1489 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CLEVELAND, *et al.*, | ) | **STIPULATED DISMISSAL** |
| | ) | |
| Defendants. | ) | |

The Court held a mediation on February 1, 2023, at which time the parties reached a settlement. Accordingly, this case is dismissed with prejudice, each party to pay its own costs. The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____        _____
Attorney for Plaintiff                                    Attorney for Defendant
                                                                       J.R. Russell (0075499)

IT IS SO ORDERED.

                                                                       _____
Date: February 1, 2023                              **Dan Aaron Polster**
                                                                       **United States District Judge**