# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ANTOINE TOLBERT | ) | Case No. 1:22-CV-01489-DAP |
| | ) | |
| Plaintiff | ) | JUDGE DAN A. POLSTER |
| | ) | |
| vs. | ) | |
| | ) | **AGREED CONSENT ORDER** |
| CITY OF CLEVELAND, et al. | ) | **FOR PAYMENT OF ATTORNEY FEES** |
| | ) | |
| Defendants | ) | |

On February 1, 2023, this case was dismissed with prejudice following a settlement reached at mediation. (ECF No. 15.) The Court retained jurisdiction to ensure that the settlement agreement was executed. (*Id.*) The parties entered into a settlement agreement providing that the City of Cleveland had addressed the issue of attorney fees directly with counsel for Plaintiff, to be reflected in an order of this Court.

The parties agreed to an attorney fee amount of $30,000.00 and jointly moved the Court to enter this Consent Order. Therefore, pursuant to the Court's retained jurisdiction, and in accord with the parties' agreement regarding settlement, it is hereby ORDERED that:

Within forty-five (45) days of the date of the entry of this Order, Defendant City of Cleveland shall pay to Friedman, Gilbert + Gerhardstein (FG+G) the sum of Thirty Thousand Dollars ($30,000.00), which sum the parties agree is the reasonable amount of attorney fees incurred by Plaintiff, Antoine Tolbert, in this action.

IT IS SO ORDERED:  _/s/ Dan A. Polster_   4/17/2023
                   JUDGE DAN A. POLSTER

So stipulated:

MARK D. GRIFFIN (0064141)
Director of Law

By: *s/ Timothy J. Puin*
James R. Russell, Jr. (0075499)
Chief Assistant Director of Law
Timothy J. Puin (0065120)
Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue E., Room 106
Cleveland, Ohio 44114
(216) 664-2800
jrussell2@clevelandohio.gov
tpuin@clevelandohio.gov
Attorneys for City of Cleveland


*/s/ Elizabeth M. Bonham*
Sarah Gelsomino (0084340)
Elizabeth M. Bonham (0093733)
FRIEDMAN, GILBERT + GERHARDSTEIN
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430
F: 216-621-0427
sarah@FGGfirm.com
Elizabeth@FGGfirm.com
Counsel for Plaintiff Antoine Tolbert